# EXHIBIT B

Filing # 66191379 E-Filed 01/05/2018 05:33:49 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I.   CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>THIRTEENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>HILLSBOROUGH</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>The Estate of Shirley T. Cox, Betty M. Smith, John E. Ballew, Judith A. Ballew, The Estate of Roger J. Lapp, Mark F. Lapp</u>
Plaintiff
          vs.
<u>Marcus & Millichap, Incorporated, Michael Bokor</u>
Defendant

---

**II.   TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
- ☐ Non-homestead residential foreclosure $50,001 - $249,999
- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☒ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**III.** **REMEDIES SOUGHT** (check all that apply):
    ☒ Monetary;
    ☐ Non-monetary declaratory or injunctive relief;
    ☐ Punitive

**IV.** **NUMBER OF CAUSES OF ACTION: (   )**
(Specify)

<u>5</u>

**V.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☒ Yes
    ☐ No

**VI.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ No
    ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ Yes
    ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ James L Wilkes II</u>     FL Bar No.: <u>405337</u>
    Attorney or party                                                         (Bar number, if attorney)

    <u>James L Wilkes II</u>     <u>01/05/2018</u>
    (Type or print name)                                                     Date

Filing # 66191379 E-Filed 01/05/2018 05:33:49 PM

# CIVIL COVER SHEET

Form 1.997    The civil cover sheet and the information contained herein neither replaces nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute section 25.075. (See instructions for completion.)

I.    CASE STYLE

In the Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County, Florida

The Estate of Shirley T. Cox, by and through Betty M. Smith, Personal Representative, John E. Ballew, by and through Judith A. Ballew, Attorney-in-Fact, and The Estate of Roger J. Lapp, by and through Mark F. Lapp, Personal Representative
_____

Plaintiff(s),

Case #: _____

Division: _____

vs.

Marcus & Millichap, Incorporated, and Michael Bokor

_____,

Defendant(s).

II. TYPE OF CASE      (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an X in both the main category and subcategory boxes.

- [ ] Condominium
- [ ] Contracts and indebtedness
- [ ] Eminent domain
- [ ] Auto negligence
- [ ] Negligence – other
  - [ ] Business governance
  - [ ] Business torts
  - [ ] Environmental/Toxic tort
  - [ ] Third party indemnification
  - [ ] Construction defect
  - [ ] Mass tort
  - [ ] Negligent security
  - [ ] Nursing home negligence
  - [ ] Premises liability – commercial
  - [ ] Premises liability – residential
  - [ ] Products liability
- [ ] Real property / Mortgage foreclosure
  - [ ] Commercial foreclosure $0-$50,000
  - [ ] Commercial foreclosure $50,001 - $249,999
  - [ ] Commercial foreclosure $250,000 or more
  - [ ] Homestead residential foreclosure $0 - $50,000
  - [ ] Homestead residential foreclosure $50,001 - $249,999
  - [ ] Homestead residential foreclosure $250,000 or more
  - [ ] Nonhomestead residential Foreclosure $0 - $50,000
- [ ] Nonhomestead residential Foreclosure $50,001 - $249,999
- [ ] Nonhomestead residential Foreclosure $250,000 or more
- [ ] Other real property actions $0 – $50,000
- [ ] Other real property actions $50,001 – $249,999
- [ ] Other real property actions $250,000 or more
- [ ] Professional malpractice
  - [ ] Malpractice – business
  - [ ] Malpractice – medical
  - [ ] Malpractice – other professional
- [x] Other
  - [ ] Antitrust / trade regulation
  - [x] Business transactions
  - [ ] Constitutional challenge – statute or ordinance
  - [ ] Constitutional challenge – proposed amendment
  - [ ] Corporate trusts
  - [ ] Discrimination – employment or other
  - [ ] Insurance claims
  - [ ] Intellectual property
  - [ ] Libel / Slander
  - [ ] Shareholder derivative action
  - [ ] Securities litigation
  - [ ] Trade secrets
  - [ ] Trust litigation

☐ THIS CASE IS APPROPRIATE FOR ASSIGNMENT TO THE COMPLEX LITIGATION BUSINESS DIVISION. PLEASE SEE ATTACHED COMPLEX BUSINESS LITIGATION DIVISION ADDENDUM FORM.

III. REMEDIES SOUGHT (Check all that apply):

☑ Monetary;

☐ Non-monetary declaratory or injunctive relief;

☐ Punitive

IV. NUMBER OF CAUSES OF ACTION: [ 5 ]

(Specify) Aiding and Abetting Breach of Fiduciary Duties Against Marcus & Millichap, Inc.; Aiding and Abetting Breach of Fiduciary Duties Against Michael Bokor, Civil Conspiracy Against Marcus & Millichap, Inc. and Michael Bokor, Civil Remedies for Criminal Practices Against Marcus & Millichap, Inc.; and Civil Remedies for Criminal Practices Against Michael Bokor.

V. IS THIS CASE A CLASS ACTION LAWSUIT?

☑ Yes

☐ No

VI. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?

☐ No

☑ Yes   If "yes", list all related cases by name, case number and court.

_____

_____

_____

VII. IS JURY TRIAL DEMANDED IN COMPLAINT?

☑ Yes

☐ No

VIII. IS TRIAL EXPECTED TO LAST MORE THAN TEN (10) TRIAL DAYS (2 WEEKS)?

☐ Yes

☑ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature /s/ *James L. Wilkes, II*       FL Bar # 405337

        Attorney or Party       (Bar # if attorney)

James L. Wilkes, II, Esquire       January 5, 2018

        Type or Print Name       Date

Filing # 66191379 E-Filed 01/05/2018 05:33:49 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION

THE ESTATE OF SHIRLEY T. COX,
by and through BETTY M. SMITH,
Personal Representative, JOHN E. BALLEW,
by and through JUDITH A. BALLEW,
Attorney-in-Fact, and THE ESTATE OF
ROGER J. LAPP, by and through MARK
F. LAPP, Personal Representative,
  Plaintiffs,           CLASS REPRESENTATION

vs.                  CASE NO:

MARCUS & MILLICHAP, INCORPORATED,
and MICHAEL BOKOR,
  Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES PURSUANT TO RULE OF JUDICIAL ADMINISTRATION 2.516

COMES NOW the Plaintiffs, by and through the undersigned attorney, and pursuant to Fla. R. Jud. Admin. 2.516 and Fla. R. Civ. P. 3.030, hereby files this Notice of Appearance and designates undersigned counsel's electronic mail addresses as follows:

  Primary:  Jimw@wilkesmchugh.com

  Secondary: DThomason@wilkesmchugh.com and fl@wilkesmchugh.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Notice of Appearance and Designation of Email Addresses was served with the Complaint on the Defendants.

            /s/ *James L. Wilkes, II*
            James L. Wilkes, II, Esquire
            Florida Bar #. 405337
            WILKES & MCHUGH, P.A.
            One N. Dale Mabry Hwy, Ste. 800
            Tampa, FL 33609
            Telephone: 813-873-0026
            Facsimile: 813-286-8820
            Primary: jimw@wilkesmchugh.com

Secondary: dthomason@wilkesmchugh.com
Tertiary: FL@wilkesmchugh.com
*Attorney for Plaintiffs*

Filing # 66191379 E-Filed 01/05/2018 05:33:49 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION

THE ESTATE OF SHIRLEY T. COX, by and through
BETTY M. SMITH, Personal Representative, JOHN E.
BALLEW, by and through JUDITH A. BALLEW,
Attorney-in-Fact, and THE ESTATE OF ROGER J. LAPP,
by and through MARK F. LAPP, Personal Representative,

    Plaintiff,

vs.

CASE NO:

MARCUS & MILLICHAP, INCORPORATED, and
MICHAEL BOKOR,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA

TO ALL AND SINGULAR SHERIFFS OF SAID STATE:

GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint and Designation of Email Address in the above styled cause upon the Defendant(s):

**MARCUS & MILLICHAP, INCORPORATED**
**C/O NATIONAL REGISTERED AGENTS, INC. AS REGISTERED AGENT**
**160 GREENTREE DRIVE, SUITE 101**
**DOVER, DE 19904**

    Each Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's attorney, whose name and address is:

**JAMES L. WILKES, II, ESQUIRE**
**WILKES & McHUGH, P.A.**
**TAMPA COMMONS, SUITE 800**
**ONE NORTH DALE MABRY HIGHWAY**
**TAMPA, FL 33609**
**(813) 873-0026**

within twenty (20) days after service of this summons upon that defendant, exclusive of the day of service, and to file the original of said written defenses with the clerk of said court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

    WITNESS my hand and the seal of said Court on the ____ day of _____, 2018.

                                                           PAT FRANK

                                                           Clerk of the Circuit Court

                                                           _____
                                                           BY:  DEPUTY CLERK

Filing # 66191379 E-Filed 01/05/2018 05:33:49 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION

THE ESTATE OF SHIRLEY T. COX, by and
through BETTY M. SMITH, Personal
Representative, JOHN E. BALLEW, by and through
JUDITH A. BALLEW, Attorney-in-Fact, and THE
ESTATE OF ROGER J. LAPP, by and through
MARK F. LAPP, Personal Representative,

      Plaintiff,

vs.                                        CASE NO:

MARCUS & MILLICHAP, INCORPORATED,
and MICHAEL BOKOR,
      Defendants.                /

## SUMMONS

THE STATE OF FLORIDA

TO ALL AND SINGULAR SHERIFFS OF SAID STATE:

GREETINGS:

      YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint and Designation of Email Address in the above styled cause upon the Defendant(s):

**MICHAEL BOKOR**
**17121 NE 11TH AVENUE**
**MIAMI, FL 33162**

      Each Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's attorney, whose name and address is:

**JAMES L. WILKES, II, ESQUIRE**
**WILKES & McHUGH, P.A.**
**TAMPA COMMONS, SUITE 800**
**ONE NORTH DALE MABRY HIGHWAY**
**TAMPA, FL 33609**
**(813) 873-0026**

within twenty (20) days after service of this summons upon that defendant, exclusive of the day of service, and to file the original of said written defenses with the clerk of said court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

      WITNESS my hand and the seal of said Court on the _____ day of _____, 2018.

                                                      PAT FRANK

                                                      Clerk of the Circuit Court

                                                        _____
                                                        BY: DEPUTY CLERK

Filing # 66191379 E-Filed 01/05/2018 05:33:49 PM

IN THE THIRTEENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY

THE ESTATE OF SHIRLEY T. COX et al.        CASE NO.:_____

                                           DIVISION:_____
_____
Plaintiff/Petitioner(s)

vs.

Marcus & Millichap, Incorporated et al.
_____
Defendant/Respondent(s)

## REQUEST FOR DIVISION ASSIGNMENT

This is a request based on local Administrative Order(s) for the Clerk of the Court to assign the above styled case in the:

☒ Tampa Division

☐ East Division

☐ Prior Division (Please indicate Case Number and Division of previously filed action: _____ )

I understand that the actual division assignment will be in accordance with the Hillsborough County Administrative Orders. If there is no supported request for specific division assignment, this action will be assigned a division based on a random and equitable distribution system.

Name of Attorney: James L. Wilkes, II

Address: WILKES & McHUGH, PA, ONE N. DALE MABRY HWY, SUITE 800, TAMPA, FL 33609

Phone Number: 813-873-0026

Email Address(es): jimw@wilkesmchugh.com
                   dthomason@wilkesmchugh.com

Filing # 66191379 E-Filed 01/05/2018 05:33:49 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION

THE ESTATE OF SHIRLEY T. COX, by and through
BETTY M. SMITH, Personal Representative, JOHN E.
BALLEW, by and through JUDITH A. BALLEW,
Attorney-in-Fact, and THE ESTATE OF ROGER J. LAPP,
by and through MARK F. LAPP, Personal Representative,

    Plaintiff,

vs.

CASE NO: **18-CA-188   DIV H**

MARCUS & MILLICHAP, INCORPORATED, and
MICHAEL BOKOR,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA

TO ALL AND SINGULAR SHERIFFS OF SAID STATE:

GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint and Designation of Email Address in the above styled cause upon the Defendant(s):

**MARCUS & MILLICHAP, INCORPORATED
C/O NATIONAL REGISTERED AGENTS, INC. AS REGISTERED AGENT
160 GREENTREE DRIVE, SUITE 101
DOVER, DE 19904**

    Each Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's attorney, whose name and address is:

**JAMES L. WILKES, II, ESQUIRE
WILKES & McHUGH, P.A.
TAMPA COMMONS, SUITE 800
ONE NORTH DALE MABRY HIGHWAY
TAMPA, FL 33609
(813) 873-0026**

within twenty (20) days after service of this summons upon that defendant, exclusive of the day of service, and to file the original of said written defenses with the clerk of said court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

    WITNESS my hand and the seal of said Court on the 8th day of January, 2018.

PAT FRANK
Clerk of the Circuit Court

/s/ Phillips
BY: DEPUTY CLERK

Filing # 66191379 E-Filed 01/05/2018 05:33:49 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION

THE ESTATE OF SHIRLEY T. COX, by and
through BETTY M. SMITH, Personal
Representative, JOHN E. BALLEW, by and through
JUDITH A. BALLEW, Attorney-in-Fact, and THE
ESTATE OF ROGER J. LAPP, by and through
MARK F. LAPP, Personal Representative,

        Plaintiff,

vs.                                              CASE NO:  **18-CA-188  DIV H**

MARCUS & MILLICHAP, INCORPORATED,
and MICHAEL BOKOR,

        Defendants.                   /

## SUMMONS

THE STATE OF FLORIDA

TO ALL AND SINGULAR SHERIFFS OF SAID STATE:

GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint and Designation of Email Address in the above styled cause upon the Defendant(s):

**MICHAEL BOKOR
17121 NE 11TH AVENUE
MIAMI, FL 33162**

    Each Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's attorney, whose name and address is:

**JAMES L. WILKES, II, ESQUIRE
WILKES & McHUGH, P.A.
TAMPA COMMONS, SUITE 800
ONE NORTH DALE MABRY HIGHWAY
TAMPA, FL 33609
(813) 873-0026**

within twenty (20) days after service of this summons upon that defendant, exclusive of the day of service, and to file the original of said written defenses with the clerk of said court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

    WITNESS my hand and the seal of said Court on the 8th day of January, 2018.

PAT FRANK
Clerk of the Circuit Court

*/Phillips/*
BY: DEPUTY CLERK

Filing # 67566770 E-Filed 02/06/2018 12:35:05 PM

18-CA-188 DIV H

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
## CIVIL DIVISION

| | |
|---|---|
| THE ESTATE OF SHIRLEY T. COX, by and through BETTY M. SMITH, Personal Representative, JOHN E. BALLEW, by and through JUDITH A. BALLEW, Attorney-in-Fact, and THE ESTATE OF ROGER J. LAPP, by and through MARK F. LAPP, Personal Representative, | Case No. 18-CA-188 DIV H  Florida Bar No. 893137 |
| Plaintiff, | |
| vs. | |
| MARCUS & MILLICHAP, INCORPORATED, and MICHAEL BOKER, | |
| Defendants._____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, Fuerst Ittleman David & Joseph, hereby enters appearance as counsel for Defendant, MARCUS & MILLICHAP, and hereby notifies opposing counsel and the clerk of court of said appearance. Counsel requests that opposing counsel and clerk of court forward all pertinent documents to the undersigned counsel.

Pursuant to Florida Rule of Judicial Administration 2.516(b)(1), the undersigned hereby designates the following primary and secondary email addresses:

|  |  |
|---|---|
| E-mail: | ajoseph@fuerstlaw.com |
| E-mail: | cdavid@fuerstlaw.com |
| E-mail: | mkornhauser@fuerstlaw.com |
| E-mail: | rvillalon@fuerstlaw.com |
| Secondary: | lassef@fuerstlaw.com |

Dated: February 6, 2018

Respectfully submitted,

**FUERST ITTLEMAN DAVID & JOSEPH, PL**
*Counsel for Defendant, Marcus & Millichap*
1001 Brickell Bay Drive, Suite 3112
Miami, Florida 33131

1
FUERST ITTLEMAN DAVID & JOSEPH, PL
1001 BRICKELL BAY DRIVE, SUITE 3112, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

2/6/2018 12:35 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 1

18-CA-188 DIV H

Tel. (305) 350-5690
Fax (305) 371-8989
E-mail: ajoseph@fuerstlaw.com
E-mail: cdavid@fuerstlaw.com
E-mail: mkornhauser@fuerstlaw.com
E-mail: rvillalon@fuerstlaw.com
E-mail: avillena@fuerstlaw.com


By: /s/ Allan A. Joseph
ALLAN A. JOSEPH
Florida Bar No. 893137
Christopher M. David, Esq.
Florida Bar No. 985163
Michael B. Kornhauser, Esq.
Florida. Bar No. 029116
Ramsey Villalon
Florida Bar No. 115178

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **February 6, 2018**, I electronically filed the foregoing document using Florida's eFiling Portal. I also certify that the foregoing document is being served this day on all parties of record via the E-service list associated with this action.

By: /s/ Allan A. Joseph
ALLAN A. JOSEPH
Florida Bar No. 893137

2
FUERST ITTLEMAN DAVID & JOSEPH, PL
1001 BRICKELL BAY DRIVE, SUITE 3112, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FUERSTLAW.COM

Filing # 67874668 E-Filed 02/13/2018 10:07:01 AM

IN THE CIRCUIT COURT OF HILLSBOROUGH THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISON

THE ESTATE OF SHIRLEY T. COX, by and through BETTY M. SMITH, Personal Representative, JOHN E. BALLEW, by and through JUDITH A. BALLEW, Attorney-in-Fact, and THE ESTATE OF ROGER J. LAPP, by and through MARK F. LAPP, Personal Representative,

CASE NO.:18-CA-188
DIVISION: H

Plaintiffs,

v.

MARCUS & MILLICHAP, INCORPORATED, and MICHAEL BOKOR,

Defendants.

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Diana N. Evans of the law firm of BRADLEY ARANT BOULT CUMMINGS LLP, appears as counsel in this case for Defendant, Michael Bokor, and requests service of all pleadings, notices, and other papers filed in this case as follows:

>Diana N. Evans
>Primary E-Mail: dnevans@bradley.com
>Secondary E-Mail: adeuter@bradley.com
>**BRADLEY ARANT BOULT CUMMINGS LLP**
>100 N. Tampa Street, Suite 2200
>Tampa, Florida 33602
>Telephone: (813) 559-5500
>Facsimile: (813) 229-5946

/s/ Diana N. Evans
Diana N. Evans (FBN: 98945)
Primary email: dnevans@bradley.com
Secondary email: adeuter@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 N. Tampa Street, Suite 2200, Tampa, FL 33602
Telephone: (813) 559-5500 | Fax: (813) 229-5946

*Counsel for Defendant Michael Bokor*

### CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018, I electronically filed the foregoing with the Clerk of Court using the Florida Court E-Filing Portal, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| James L. Wilkes, II<br>Wilkes & McHugh, P.A.<br>Tampa Commons, Suite 800<br>One North Dale Mabry Highway<br>Tampa, FL 33609<br>jimw@wilkesmchugh.com<br>*Attorney for Plaintiff* | Allan A Joseph<br>Christopher M. David<br>Michael B. Kornhauser<br>Fuerst Ittleman David & Joseph<br>1001 Brickell Bay Drive, Suite 3112<br>Miami, Florida 33131<br>ajoseph@fuerstlaw.com<br>cdavid@fuerstlaw.com<br>mkornhauser@fuerstlaw.com<br>rvillalon@fuerstlaw.com<br>lassef@fuerstlaw.com<br>*Counsel for Defendant, Marcus & Millichap* |

/s/ Diana N. Evans
Attorney