# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

THE ESTATE OF SHIRLEY T. COX,
by and through BETTY M. SMITH,
Personal Representative, *et al.*,

     Plaintiffs,

v.

                                         CASE NO.: 8:18-cv-381-WFJ-AAS

MICHAEL BOKOR,

     Defendant.
_____/

## ORDER ON COURSE OF ACTION FOLLOWING APPEAL

This cause comes before the Court on the order of the Eleventh Circuit Court of Appeals vacating in part this Court's judgment (D.E. 170) and remanding with instructions that the action be stayed under the *Colorado River* abstention doctrine. Having heard from Plaintiffs and the only remaining Defendant in the action, Michael Bokor, IT IS HEREBY ORDERED THAT:

    1.    This action is stayed pursuant to the *Colorado River* abstention doctrine,[1] as instructed by the U.S. Eleventh Circuit Court of Appeals.

    2.    No further filings or activity, with the exception of paragraph 3, below, may be entertained or undertaken during this stay.

---

[1] *See Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976).

3.      Plaintiffs and Defendant Bokor are directed to report back to the Court when the relevant parallel state court proceedings have fully and finally concluded.

4.      The Clerk is directed to reopen this case to active status and thereafter to denote on the docket that this case is stayed and administratively close this case during the pendency of the stay.

**DONE AND ORDERED** in Tampa, Florida on August 16, 2024.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record